1  PATRICK H. HICKS, ESQ., Bar # 004632
   SANDRA KETNER, ESQ., Bar # 8527
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV 89169-5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5  Email: phicks@littler.com
   Email: sketner@littler.com
6
   Attorneys for Defendant
7  CAESARS ENTERPRISE SERVICES, LLC,
   AGENT FOR RIO HOTEL & CASINO
8
                     UNITED STATES DISTRICT COURT
9
                          DISTRICT OF NEVADA
10

11
   DAVID PEMBERTON,
12
                Plaintiff,                Case No. 2:16-cv-00750-JCM0NJK
13
   vs.                                    **STIPULATION FOR DISMISSAL WITH
14                                        PREJUDICE; ORDER**
   CAESARS ENTERPRISE SERVICE LLC,
15 AGENT FOR RIO HOTEL & CASINO, a
   foreign limited-liability company d/b/a
16 RIO HOTEL & CASINO, INC., a Nevada
   corporation; DOES 1 through 10 inclusive;
17 ROES CORPORATIONS/ENTITIES 1
   through 10 inclusive,,
18
                Defendants.
19

20         Plaintiff, DAVID PEMBERTON, and Defendant, CAESARS ENTERPRISE SERVICES,

21 LLC, AGENT FOR RIO HOTEL & CASINO, by and through their respective counsel of record,

22 hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.6800

Firmwide:142285763.1 083558.1197

Each party shall bear its own costs and attorney's fees.

Dated: August 31st, 2016

_____
M. LANI ESTEBAN-TRINIDAD, ESQ.
THE THATER LAW GROUP, P.C.

Attorney for Plaintiff
DAVID PEMBERTON

Dated: September 3, 2016

_____
PATRICK H. HICKS, ESQ.
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CAESARS ENTERPRISE SERVICES, LLC,
AGENT FOR RIO HOTEL & CASINO

**ORDER**

IT IS SO ORDERED.

Dated September 23, 2016.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Firmwide:142285763.1 083558.1197

2.